JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALEJANDRO POMPA GONZALEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04305-PD<br>**JUDGMENT**<br>**A# 240-498-394** |

Pursuant to the Order Granting Petitioner's Unopposed Motion to Dismiss, IT IS ADJUDGED that the Petition is dismissed as moot.

The Clerk of the Court is directed to close this case.

DATED: September 11, 2026

Patricia Donahue
United States Magistrate Judge